|   |   |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-03734-WBS-CSK |
|   | No. 2:24-cv-03735-WBS-CSK |
|   | No. 2:24-cv-03765-WBS-CSK |
|   | No. 2:24-cv-03766-WBS-CSK |
|   | No. 2:24-cv-03768-WBS-CSK |
|   | No. 2:24-cv-03770-WBS-CSK |
|   | No. 2:24-cv-03776-WBS-CSK |
|   | No. 2:24-cv-03778-WBS-CSK |
|   | No. 2:24-cv-03779-WBS-CSK |
|   | No. 2:24-cv-03783-WBS-CSK |
|   | **ORDER** |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

1 Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
2 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
3 the Court to open a new case for each attempted new pleading and assign it to the Court for
4 review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
5 Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

6 The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7 finds they are related to Plaintiff's Alameda County criminal conviction.

8 Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03734, 2:24-cv-03735, 2:24-cv-
9 03765, 2:24-cv-03766, 2:24-cv-03768, 2:24-cv-03770, 2:24-cv-03776, 2:24-cv-03778, 2:24-cv-
10 03779 and 2:24-cv-03783 are DISMISSED; the Clerk of the Court is directed to close these cases.
11 No further filings will be accepted.
12 Dated:  January 14, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2